Phillip A. Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor



**Order Filed on June 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Joseph E. Snodgrass,<br>Debra L. Snodgrass,<br><br>Debtors. | Case No. 19-17201-CMG<br><br>Hearing Date: June 19, 2019 at 10:00 AM<br><br>Judge: Christine M. Gravelle |

**CONSENT ORDER RESOLVING OBJECTION TO PLAN CONFIRMATION AND ADDRESSING TREATMENT OF SECURED CREDITOR THROUGH DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: June 21, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

Debtors: Joseph E. Snodgrass and Debra L. Snodgrass
Case No.: 19-17201-CMG
Caption of Order: **CONSENT ORDER RESOLVING OBJECTION TO PLAN CONFIRMATION AND ADDRESSING TREATMENT OF SECURED CREDITOR THROUGH DEBTOR'S CHAPTER 13 PLAN**

---

The undersigned parties agree to the following treatment of the secured prepetition arrears claim of Specialized Loan Servicing LLC ("Secured Creditor"), with respect to real property located at 1512 Route 206, Tabernacle, NJ 08088, as follows and have consented to the entry of the within Order and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The Debtors hereby acknowledge that pre-petition arrears are owed to Secured Creditor
2. The Debtors shall pay the prepetition arrears claim through their Chapter 13 Plan.
3. The objection to plan filed at docket entry #18 is resolved by this order.
4. Nothing in this Order shall prohibit Debtors from objecting to Secured Creditor's claim.
5. In the event the instant Chapter 13 bankruptcy case is dismissed or converted to another chapter under the bankruptcy code prior to Secured Creditor's secured claim being paid in full, the terms of the note and mortgage shall govern.

Consent to Form and Entry

**McCalla Raymer Leibert Pierce, LLC**
Attorney for the Secured Creditor

By: _____
Phillip A. Raymond

Date: 6-17-19

**Law Office of Steven Taieb**
Attorney for the Debtors

By: _____
Steven N. Taieb

Date: 6/14/19