Phillip A. Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor



Order Filed on June 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Joseph E. Snodgrass,<br>Debra L. Snodgrass,<br><br>Debtors. | Case No. 19-17201-CMG<br><br>Hearing Date: June 19, 2019 at 10:00 AM<br><br>Judge: Christine M. Gravelle |

**CONSENT ORDER RESOLVING OBJECTION TO PLAN CONFIRMATION AND ADDRESSING TREATMENT OF SECURED CREDITOR THROUGH DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: June 21, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtors: | Joseph E. Snodgrass and Debra L. Snodgrass |
| Case No.: | 19-17201-CMG |
| Caption of Order: | CONSENT ORDER RESOLVING OBJECTION TO PLAN CONFIRMATION AND ADDRESSING TREATMENT OF SECURED CREDITOR THROUGH DEBTOR'S CHAPTER 13 PLAN |

The undersigned parties agree to the following treatment of the secured prepetition arrears claim of Specialized Loan Servicing LLC ("Secured Creditor"), with respect to real property located at 1512 Route 206, Tabernacle, NJ 08088, as follows and have consented to the entry of the within Order and for good cause shown;

ORDERED AS FOLLOWS:

1. The Debtors hereby acknowledge that pre-petition arrears are owed to Secured Creditor
2. The Debtors shall pay the prepetition arrears claim through their Chapter 13 Plan.
3. The objection to plan filed at docket entry #18 is resolved by this order.
4. Nothing in this Order shall prohibit Debtors from objecting to Secured Creditors' claim.
5. In the event the instant Chapter 13 bankruptcy case is dismissed or converted to another chapter under the bankruptcy code prior to Secured Creditor's secured claim being paid in full, the terms of the note and mortgage shall govern.

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC        Law Office of Steven Taieb
Attorney for the Secured Creditor          Attorney for the Debtors

By: _____                By: _____
    Phillip A. Raymond                         Steven N. Taieb

Date:   6-12-19                            Date:   6/14/19

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 19-17201-CMG
Joseph E. Snodgrass                                             Chapter 13
Debra L. Snodgrass
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3        User: admin           Page 1 of 1         Date Rcvd: Jun 21, 2019
                            Form ID: pdf903       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2019.
db/jdb         +Joseph E. Snodgrass,    Debra L. Snodgrass,    1512 Route 206,    Tabernacle, NJ 08088-8878

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing, LLC
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Phillip Andrew Raymond    on behalf of Creditor    Specialized Loan Servicing, LLC
               phillip.raymond@mccalla.com
              Steven N. Taieb    on behalf of Debtor Joseph E. Snodgrass staieb@comcast.net,    sntgale@aol.com
              Steven N. Taieb    on behalf of Joint Debtor Debra L. Snodgrass staieb@comcast.net,
               sntgale@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6