UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STEVEN N. TAIEB,
Attorney at Law
BY____/s/Steven N. Taieb,Esq._____
  Steven N. Taieb, ST8001
4201 Church Road, Suite 15
Mt. Laurel, NJ 08054
(856) 235-4994

Order Filed on May 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOSEPH E. SNODGRASS
DEBRA L. SNODGRASS

Case No.:  19-17201

Chapter:  13

Judge:  CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 20, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven N. Taieb, Esq._____, the applicant, is allowed a fee of $ _____1050_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1050_____. The allowance is payable:

☒    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____375_____ per month for ___60___ months to allow for payment of the above fee.

*rev.8/1/15*