UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

By  /s/ Steven N. Taieb, Esq.
Steven N. Taieb, Esq.
Attorney at Law
4201 Church Road, Suite 15
Mt. Laurel, NJ 08054
(856-235-4994)

Order Filed on August 10, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOSEPH & DEBRA SNODGRASS

Case No.: 19-17201

Chapter: 13

Judge: CMG

## CONSENT ORDER ALLOWING TRUSTEE TO PAY POST-PETITION MORTGAGE ARREARS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

DATED: August 10, 2021

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: Joseph & Debra Snodgrass
Case No.: 19-17201
Caption of Order: Order Allowing Trustee to Pay Post-Petition Mortgage Arrears

This matter being presented before the Court by Steven N. Taieb, Esq., appearing for the Debtors, Joseph & Debra Snodgrass, and good cause shown, it is hereby;

**ORDERED**: that Albert Russo, Esquire, Chapter 13 Trustee, is hereby allowed to pay the WSFS post-petition mortgage arrears of $4107.00.

X_____
STEVEN N. TAIEB, ESQUIRE
Attorney for Debtor

X_____
ROCHELLE REITHMEIER