UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
By  /s/ Steven N. Taieb, Esq.
Steven N. Taieb, Esq.
Attorney at Law
4201 Church Road, Suite 15
Mt. Laurel, NJ 08054
(856-235-4994)

Order Filed on August 10, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOSEPH & DEBRA SNODGRASS

Case No.: 19-17201

Chapter: 13

Judge: CMG

# CONSENT ORDER ALLOWING TRUSTEE TO PAY POST-PETITION MORTGAGE ARREARS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 10, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: Joseph & Debra Snodgrass
Case No.: 19-17201
Caption of Order: Order Allowing Trustee to Pay Post-Petition Mortgage Arrears

This matter being presented before the Court by Steven N. Taieb, Esq., appearing for the Debtors, Joseph & Debra Snodgrass , and good cause shown, it is hereby;

**ORDERED**: that Albert Russo, Esquire, Chapter 13 Trustee, is hereby allowed to pay the WSFS post-petition mortgage arrears of $4107.00.

X_____
STEVEN N. TAIEB, ESQUIRE
Attorney for Debtor

X_____
ROCHELLE REITHMEIER

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 19-17201-CMG
Joseph E. Snodgrass                                                                                     Chapter 13
Debra L. Snodgrass
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                    Page 1 of 2
Date Rcvd: Aug 10, 2021            Form ID: pdf903              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph E. Snodgrass, Debra L. Snodgrass, 1512 Route 206, Tabernacle, NJ 08088-8878 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2021                    Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Specialized Loan Servicing LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Phillip Andrew Raymond | on behalf of Creditor Specialized Loan Servicing LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Steven N. Taieb | on behalf of Debtor Joseph E. Snodgrass staieb@comcast.net sntgale@aol.com |
| Steven N. Taieb | |

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Aug 10, 2021     Form ID: pdf903     Total Noticed: 1

on behalf of Joint Debtor Debra L. Snodgrass staieb@comcast.net sntgale@aol.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7