

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
By  /s/ Steven N. Taieb, Esq.
Steven N. Taieb, Esq.
Attorney at Law
4201 Church Road, Suite 15
Mt. Laurel, NJ 08054
(856-235-4994)

In Re:

JOSEPH & DEBRA SNODGRASS

Case No.:  19-17201
Chapter:  13
Judge:  CMG

**Order Filed on May 3, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## 2nd CONSENT ORDER ALLOWING TRUSTEE TO PAY POST-PETITION MORTGAGE ARREARS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 3, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter being presented before the Court by Steven N. Taieb, Esq., appearing for the Debtors, Joseph & Debra Snodgrass, and good cause shown, it is hereby;

**ORDERED**: that Albert Russo, Esquire, Chapter 13 Trustee, is hereby allowed to pay the WSFS post-petition mortgage arrears of $4230.90 from July, 2021 through March, 2022.

X  *[signature]*  
STEVEN N. TAIEB, ESQUIRE  
Attorney for Debtors

X  *[signature]*  
ROCHELLE REITHMEIER