UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

JOSEPH E. SNODGRASS
DEBRA L. SNODGRASS

Debtor

Case No.: 19-17201 CMG

Chapter: 13

Judge: Christine M. Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☑ Settled    ☐ Withdrawn

Matter: The minutes of 5/4/22 confirmation are amended to correct the # tier month from 49 to 48 as follows:
PLAN CONFIRMED $11,456 PAID TO DATE (36); $ 462 X 48 MONTHS BEGINNING 5/1/22

Date: 5/5/22

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

rev.8/1/15