UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
By  /s/ Steven N. Taieb, Esq.
Steven N. Taieb, Esq.
Attorney at Law
4201 Church Road, Suite 15
Mt. Laurel, NJ 08054
(856-235-4994)

**Order Filed on May 3, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOSEPH & DEBRA SNODGRASS

Case No.: 19-17201

Chapter: 13

Judge: CMG

## 2ndCONSENT ORDER ALLOWING TRUSTEE TO PAY POST-PETITION MORTGAGE ARREARS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 3, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter being presented before the Court by Steven N. Taieb, Esq., appearing for the Debtors, Joseph & Debra Snodgrass, and good cause shown, it is hereby;

**ORDERED**: that Albert Russo, Esquire, Chapter 13 Trustee, is hereby allowed to pay the WSFS post-petition mortgage arrears of $4230.9 0 from July, 2021 through March, 2022.

X _____
STEVEN N. TAIEB, ESQUIRE
Attorney for Debtors

X _____
ROCHELLE REITHMEIER

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-17201-CMG |
| Joseph E. Snodgrass | Chapter 13 |
| Debra L. Snodgrass | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 04, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Joseph E. Snodgrass, Debra L. Snodgrass, 1512 Route 206, Tabernacle, NJ 08088-8878 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Specialized Loan Servicing  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Phillip Andrew Raymond | on behalf of Creditor Specialized Loan Servicing  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Steven N. Taieb | on behalf of Debtor Joseph E. Snodgrass staieb@comcast.net sntgale@aol.com |
| Steven N. Taieb | on behalf of Joint Debtor Debra L. Snodgrass staieb@comcast.net sntgale@aol.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 04, 2022 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7