UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STEVEN N. TAIEB,
Attorney at Law
BY____/s/Steven N. Taieb,Esq._____
  Steven N. Taieb, ST8001
4201 Church Road, Suite 15
Mt. Laurel, NJ 08054
(856) 235-4994

Order Filed on May 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOSEPH E. SNODGRASS
DEBRA L. SNODGRASS

Case No.: 19-17201

Chapter: 13

Judge: CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 13, 2022**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven N. Taieb, Esq._____, the applicant, is allowed a fee of $ _____735_____ for services rendered and expenses in the amount of $\_\_\_\_\_0.00\_\_\_\_\_ for a total of $_____735_____ . The allowance is payable:

☒   through the Chapter 13 plan as an administrative priority.

☐   outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_\_480\_\_\_\_\_ per month for \_\_\_49\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*