**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 West Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**
**tegner@mcdowelllegal.com**

-----------------------------------------------------------X
| In re: | : | Chapter 13 |
| | : | |
| **Joseph E Snodgrass & Debra Snodgrass,** | : | Case No. 19-17201 |
| | : | |
| | : | Judge: CMG |
| | : | |
| Debtor(s). | : | |
-----------------------------------------------------------X

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of McDowell Law, PC as attorneys for the Debtor in the above titled case.

STEVEN N. TAIEB                                     McDOWELL LAW, PC
TAIEB LAW

*/s/*__**Ellen M. McDowell**__                     */s/*__**Thomas G. Egner**__
**Ellen M. McDowell, Esquire**                     **Thomas G. Egner,** Esq.
Court-appointed Attorney - Trustee                 Superseding Attorney
Withdrawing Attorney                               Dated:   October 18, 2022
Dated:   October 18, 2022