Form ntcfncurv – ntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–17201–EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph E. Snodgrass                          Debra L. Snodgrass
1512 Route 206                               1512 Route 206
Tabernacle, NJ 08088                         Tabernacle, NJ 08088

Social Security No.:
  xxx–xx–5788                                  xxx–xx–1582

Employer's Tax I.D. No.:

## NOTICE OF RESPONSE TO TRUSTEE'S
## NOTICE OF DISBURSEMENTS MADE

TO: <u>Joseph E. Snodgrass and Debra L. Snodgrass</u>
      Debtor(s)

You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: July 6, 2026
JAN: mrg

<u>Jeanne Naughton, Clerk</u>