Form ntcfncurv − ntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−17201−EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph E. Snodgrass
1512 Route 206
Tabernacle, NJ 08088

Debra L. Snodgrass
1512 Route 206
Tabernacle, NJ 08088

Social Security No.:
   xxx−xx−5788                              xxx−xx−1582

Employer's Tax I.D. No.:

### NOTICE OF RESPONSE TO TRUSTEE'S
### NOTICE OF DISBURSEMENTS MADE

TO: <u>Joseph E. Snodgrass and Debra L. Snodgrass</u>
        Debtor(s)

   You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under
Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: July 6, 2026
JAN: mrg

<u>Jeanne Naughton, Clerk</u>

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 19-17201-EJO

Joseph E. Snodgrass                                                         Chapter 13

Debra L. Snodgrass

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 06, 2026 | Form ID: ntcfncur | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Joseph E. Snodgrass, Debra L. Snodgrass, 1512 Route 206, Tabernacle, NJ 08088-8878

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2025-2 aleisha.jennings@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Kevin Gordon McDonald | on behalf of Creditor Specialized Loan Servicing  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Newrez LLC d/b/a Shellpoint Mortgage Servicing laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |

District/off: 0312-3                          User: admin                                    Page 2 of 2

Date Rcvd: Jul 06, 2026                      Form ID: ntcfncur                            Total Noticed: 1

Matthew K. Fissel

      on behalf of Creditor Specialized Loan Servicing  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Phillip Andrew Raymond

      on behalf of Creditor Specialized Loan Servicing  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Thomas G. Egner

      on behalf of Debtor Joseph E. Snodgrass tegner@mcdowelllegal.com
tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcd
owelllegal.com;egnertr62202@notify.bestcase.com

Thomas G. Egner

      on behalf of Joint Debtor Debra L. Snodgrass tegner@mcdowelllegal.com
tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcd
owelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee

      USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10